ALEXANDER T. PORTER, Respondent, *v.* MAGNETIC SEPARATOR COMPANY, Appellant.

*Porter* v. *Magnetic Separator Co.*, 115 App. Div. 333, affirmed.
(Argued October 24, 1907; decided November 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

November 28, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover money alleged to have been loaned.

*H. D. Bailey* for appellant.

*Maurice Fitz Gerald* and *F. E. Hollaway* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.